# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-04267-SVW-KS | Date | August 18, 2023 |
|---|---|---|---|
| Title | Edmond Neal v. Lorin Caccamise et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

The Court, on August 9, 2023, issued an order to show cause why this action should not be dismissed for lack of prosecution.

To date plaintiff has failed to respond.

The Court orders the case dismissed.

| | : |
|---|---|
| Initials of Preparer | PMC |